*Seghers* for appellant.

---

### STEWART vs. HIS CREDITORS.

An imprisoned debtor who applies for the benefit of a *cessie bonorum*, cannot have his creditors called before a notary.

APPEAL from the court of the third district, the judge of the second presiding.

MARTIN, J. delivered the opinion of the court. The insolvent is appellant from a judgment by which the opposition of Mary S. Bryant, one of his creditors, to the homologation of the proceedings of the meeting before the notary, was sustained.

He was an imprisoned debtor; the credi- tors were therefore improperly cited to appear before a notary: all these proceedings ought to have taken place in open court, or before the judge. The act of the legislature, 2 Martin's digest, 442, requires it, and nothing authorizes proceedings elsewhere.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Watts*, for plaintiff.